UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| COREY AND TEARA GOLDEN | ) | CHAPTER 13 CASE NO.  07-21781 |
| | ) | |
| DEBTORS | ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $10.00 into U. S. Treasury Fund 106000 for the following reasons:

1.   That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.   That the debtors' case was converted to Chapter 7 in November 2009 and a refund check was sent to the Debtors in the amount of $10.00 which was received from the debtors' employer after the case was converted.

3.   To date the check remains uncashed and the Trustee cannot locate the debtors.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $10.00 into U.S. Treasury Fund 106000 on behalf of  Debtors, Corey and Teara Golden, whose last known address was 5560 Van Buren Street, Merrillville, IN 46410.


/s/   **Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on August 2, 2010 to the attorney for the debtors and the United States Trustee.



/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015